UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GOLD,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>        Defendant. | Case No. 18-cv-1323 DMS (MSB)<br><br>**ORDER:**<br><br>**(1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,**<br><br>**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(3) DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

On June 18, 2018, Plaintiff Michelle Gold, proceeding *pro se*, filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision by the Commissioner of Social Security denying her application for a period of disability and disability insurance benefits. On October 13, 2018, Plaintiff filed a motion for summary judgment, and on December 12, 2018, the Commissioner filed a cross motion for summary judgment. On July 24, 2019, Magistrate Judge Michael S. Berg issued a Report and Recommendation ("R&R"), recommending that the Court grant Plaintiff's motion for summary judgment, deny the Commissioner's cross-motion for summary judgment, and that Judgment be entered reversing the

decision of the Commissioner and remanding the matter for further administrative proceedings.

Neither party filed an objection to the R&R. This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation in full. The Clerk of the Court shall enter the judgment accordingly.

**IT IS SO ORDERED.**

Dated: August 19, 2019

Hon. Dana M. Sabraw
United States District Judge