UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GOLD,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security;<br><br>　　　　　　　　Defendants. | Case No.: 3:18-cv-1323-DMS-MSB<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES** |

　　　　On February 5, 2021, Plaintiff Michelle Gold's attorney, Monica Perales, filed a motion for $22,948.90 in attorney's fees under 42 U.S.C. § 406(b). (ECF No. 27.) In the motion, Plaintiff's counsel also agreed that she should be required to refund $4,000 in fees previously awarded under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, to Plaintiff. (*Id.*) The motion included supporting documentation indicating that counsel was entitled to fees in the amount requested. (*See generally* ECF No. 27-2–27-14.) On March 3, 2021, the government filed a statement of non-opposition to Plaintiff's motion. (ECF No. 29.)

/ / /

/ / /

/ / /

Having reviewed Plaintiff's motion, the Court hereby awards to Monica Perales attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $22,948.00. The Court further orders Monica Perales to reimburse Michelle Gold the amount of $4,000.00 for EAJA fees awarded.[1]

**IT IS SO ORDERED**.

Dated: April 1, 2021

Hon. Dana M. Sabraw
United States Chief District Judge

---

[1] Plaintiff's motion for attorney's fees is currently scheduled for hearing on April 2, 2021. This hearing is vacated for mootness.

2

3:18-cv-1323-DMS-MSB